FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

September 13, 2022

No. 04-21-00361-CV

**CITY OF GREY FOREST**,
Appellant

v.

Edwin **SCHARF** and Irene Scharf,
Appellees

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-23245
Honorable Aaron Haas, Judge Presiding

# O R D E R

On September 8, 2022, appellees filed an unopposed motion to expedite issuance of the court's mandate in this appeal. The motion is GRANTED, and the clerk of the court is DIRECTED to issue this court's mandate in this appeal contemporaneously with the issuance of this order. *See* TEX. R. APP. P. 18.1(c).

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of September, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court